FILED
Oct 23, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL EDWARD LIPIRA,

Defendant.

CASE NO. 1:26-MJ-00122-EPG

**ORDER UNSEALING COMPLAINT**

The United States of America, having arrested the defendant, Michael Edward Lipira, on an arrest warrant, and the need for sealing the criminal complaint and related documents having ceased;

IT IS ORDERED that the criminal complaint and arrest warrant shall be unsealed in their entirety.

Dated: **Oct 23, 2026**

HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE