ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL EDWARD LIPIRA,<br>Defendant. | Case No. 1:26-cr-00227-KES-EPG<br><br>MOTION TO DISMISS COMPLAINT; ORDER |

The United States of America, by and through Eric Grant, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss the complaint, without prejudice, against Defendant Michael Edward Lipira.

The defendant has been indicted on a different charge from that alleged in the complaint. The United States intends to proceed on the charge in the indictment and therefore moves to dismiss the complaint without prejudice.

DATED: November 6, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that the Complaint charging MICHAEL EDWARD LIPIRA in Case No. 1:26-cr-00227-KES-EPG be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: November 6, 2026

UNITED STATES DISTRICT JUDGE